**ILLINOIS DEPARTMENT OF**
**Healthcare and Family Services**
Division of Child Support Services

**Bruce Rauner, Governor**
**Felicia F. Norwood, Director**

PO Box 19405
Springfield, IL 62794-9405

**Telephone:** (217) 785-2952

February 6, 2015

U.S. Bankruptcy Court
Northern District of Illinois

Case Name:              Ronald C Dyson
Case Number:            12-36080

Creditor Name:          IL Dept of Healthcare and Family Services/MRU
                        PO Box 19405
                        Springfield, IL 62794 - 9405

Withdraw Claim Number: 4

Total Amount Claimed:   $27,787.91

Please withdraw claim #4-1 Cook County, Illinois Administrative Support Order 250P20062704, dated 10/02/2006, due to case cancellation.

/s/ Christine Schmidt
IL Dept of Healthcare and Family Services/MRU

CS:kl